IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 10

| | |
|---|---|
| MARY SMITH and WILLIAM R. SMITH, ) ) ) Plaintiffs ) ) V ) ) C.B. FLEET COMPANY, INC. and ) C.B. FLEET HOLDING COMPANY, ) INCORPORATED, ) ) Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* of Thomas Paul Valet. It appearing that Thomas Paul Valet is a member in good standing with the New York Bar and will be appearing with Janet Ward Black, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* (#16) of Thomas Paul Valet is **GRANTED**, and that Thomas Paul Valet is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Janet Ward Black.

Signed: March 16, 2009

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge